PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:96CR00349-01 |
| ) | |
| **Patrick M. MILLS** ) | |
| ) | |

The purpose of this notice is to advise the Court that on April 20, 2006, the releasee, Patrick Michael Mills, died.

As evidenced by a copy of the death certificate received from the San Joaquin County Health Department, the cause of death is listed as "Acute Methamphetamine, Cocaine, and Opiate Toxicity". We apologize for the delay in notifying Your Honor of this matter, however, we had some difficulty in obtaining a copy of the death certificate.

In light of this unfortunate occurrence, it is accordingly recommended that the bench warrant issued on April 10, 2006, be recalled, and that all proceedings in this case be closed.

Respectfully submitted,

RAFAEL G. LOYA
Senior United States Probation Officer

**DATED:** August 7, 2006
Elk Grove, California
RGL/cj

**REVIEWED BY:** _____
DEBORAH A. SPENCER
**Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION - ORDER (PROB35A) DEATH.MRG

Re:     **Patrick M. MILLS**
        **Docket Number: 2:96CR00349-01**
        **ORDER TERMINATING TERM OF SUPERVISED**
        **RELEASE PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

### ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

_8/23/06_
Date

LAWRENCE K. KARLTON
Senior United States District Judge

RGL/cj
Attachment:   Copy of death certificate
cc:     Richard Pachter, Assistant United States Attorney
        Matthew Bockmon, Assistant Federal Defender
        FLU Unit - AUSA's Office
        Fiscal Clerk, Clerk's Office
        Restitution Accounts - Victims
        United States Marshal

# SAN JOAQUIN COUNTY
## PUBLIC HEALTH SERVICES
### STOCKTON, CALIFORNIA

**CERTIFICATE OF DEATH — STATE OF CALIFORNIA**

State File Number: 3 2006 39 001533

| Field | Value |
|---|---|
| 1. Name of Decedent — First | PATRICK |
| 2. Middle | MICHELE |
| 3. Last (Family) | MILLS |
| 4. Date of Birth | 12/23/1971 |
| 5. Age | 34 |
| 6. Sex | M |
| 7. Date of Death | 04/20/2006 |
| 8. Hour | Fnd1243 |
| 9. Birth State | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces | NO |
| 12. Marital Status | NEVER MARRIED |
| 13. Education | HS GRADUATE |
| 14. Hispanic/Latino/Spanish | NO |
| 15. Race | CAUCASIAN |
| 17. Usual Occupation | ARTIST |
| 18. Kind of Business/Industry | PAINTING FINE ART |
| 19. Years in Occupation | 30 |
| 20. Decedent's Residence | 604 N GOLDEN GATE AVE |
| 21. City | STOCKTON |
| 22. County | SAN JOAQUIN |
| 23. ZIP | 95205 |
| 24. Years in County | 34 |
| 25. State | CA |
| 26. Informant's Name, Relationship | PATSY ORR — MOTHER |
| 27. Informant's Mailing Address | 604 N GOLDEN GATE AVE STOCKTON CA 95205 |
| 31. Name of Father — First | EDWARD |
| 32. Middle | REXFORD |
| 33. Last | MILLS VI |
| 34. Birth State | OK |
| 35. Name of Mother — First | PATSY |
| 36. Middle | JANE |
| 37. Last (Maiden) | ORR |
| 38. Birth State | CA |
| 39. Disposition Date | 04/26/2006 |
| 40. Place of Final Disposition | HIGHLAND CEMETERY 2201 NW FT SILL BLVD LAWTON OK 73507 |
| 41. Type of Disposition | CR/TR/BU |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | ALTERNATIVE BURIAL & CREMATION |
| 45. License Number | FD-1496 |
| 47. Date | 04/25/2006 |
| 101. Place of Death | Residence — Other |
| 104. County | San Joaquin |
| 105. Facility Address or Location Where Found | 422 N. E Street |
| 106. City | Stockton |
| 107. Cause of Death — Immediate Cause (A) | Pending |
| Death Reported to Coroner | YES — 2006-813 |
| 109. Biopsy Performed | NO |
| 110. Autopsy Performed | YES |
| 111. Used in Determining Cause | YES |
| 119. Manner of Death | Pending Investigation |
| 124. Describe How Injury Occurred | pending |
| 126. Signature of Coroner/Deputy Coroner | T. GUERRERO / DEP CORONER |
| 127. Date | 04/21/2006 |
| 128. Type Name, Title of Coroner | T. GUERRERO / DEP. CORONER |
| Fax Auth. # | 83236 |

*000421593*

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA } SS
COUNTY OF SAN JOAQUIN

This is a true and exact reproduction of the document officially registered and placed on file with San Joaquin County Public Health Services.

DATE ISSUED: 07/07/2006

KAREN FURST, MD, MPH
LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.



# SAN JOAQUIN COUNTY
### PUBLIC HEALTH SERVICES
### STOCKTON, CALIFORNIA

**AMENDMENT OF MEDICAL AND HEALTH DATA—DEATH**

3 2006 39 001533

**PART I — INFORMATION TO LOCATE RECORD**

| 1. NAME—FIRST (GIVEN) | 2. MIDDLE | 3. LAST (FAMILY) | 4. SEX |
|---|---|---|---|
| Patrick | Michele | MILLS | M |

| 5. DATE OF EVENT—MM/DD/CCYY | 6. CITY OF OCCURRENCE | 7. COUNTY OF OCCURRENCE |
|---|---|---|
| 04/20/2006 | Stockton | San Joaquin |

**PART II — INFORMATION AS IT APPEARS ON RECORD**

107. DEATH WAS CAUSED BY:
- IMMEDIATE CAUSE (A): Pending

"2 of 2"

108. DEATH REPORTED TO CORONER: X YES
REFERRAL NUMBER: 2006-813
109. BIOPSY PERFORMED: X NO
110. AUTOPSY PERFORMED: X YES
111. USED IN DETERMINING CAUSE: X YES

119. MANNER OF DEATH: X PENDING INVESTIGATION

124. DESCRIBE HOW INJURY OCCURRED: pending

**PART III — INFORMATION AS IT SHOULD APPEAR**

107. DEATH WAS CAUSED BY:
- IMMEDIATE CAUSE (A): Opiate Toxicity, Acute Methamphetamine, Cocaine, and /

TIME INTERVAL BETWEEN ONSET AND DEATH: Minutes

108. DEATH REPORTED TO CORONER: X YES
REFERRAL NUMBER: 2006-813
109. BIOPSY PERFORMED: X NO
110. AUTOPSY PERFORMED: X YES
111. USED IN DETERMINING CAUSE: X YES

119. MANNER OF DEATH: X ACCIDENT
120. INJURY AT WORK: X NO
121. INJURY DATE: 04/20/2006
122. HOUR: Fd.1243
123. PLACE OF INJURY: Residence
124. DESCRIBE HOW INJURY OCCURRED: Use of illicit substances
125. LOCATION: 422 North E Street, Stockton 95205

**DECLARATION OF CERTIFYING PHYSICIAN OR CORONER**

8. SIGNATURE: [signed] DEPUTY CORONER
9. DATE SIGNED: 04/24/2006
10. TYPED NAME AND TITLE: Sgt. W. Fellers/Deputy Coroner
11. ADDRESS: 7000 S. Michael Canlis Blvd.
12. CITY: French Camp
13. STATE: Ca.
14. ZIP CODE: 95231

15. OFFICE OF STATE REGISTRAR OR SIGNATURE OF LOCAL REGISTRAR: K. Furst, MD
16. DATE ACCEPTED FOR REGISTRATION: 05/25/2006

*000421594*

---

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SAN JOAQUIN

This is a true and exact reproduction of the document officially registered and placed on file with San Joaquin County Public Health Services

DATE ISSUED: 07/07/2006

KAREN FURST, MD, MPH
LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.


